# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

JILL E. MARTIN

    vs.                               CASE NUMBER: 1:11-CV-68 (NAM/DRH)

**ESSEX COUNTY SUPPORT COLLECTION UNIT DEPARTMENT OF SOCIAL SERVICES**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction is GRANTED and the Complaint is therefore DISMISSED.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 19th day of May, 2011.

DATED: May 20, 2011

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk